# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RACHEL EZIRIM, | No. C 13-04031 MEJ |
| Plaintiff, | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CETERIS, INC, *et al.*, | |
| Defendants. | |

This matter is set for a case management conference on December 5, 2013. On November 27, 2013, Defendant Ceteris, Inc. filed a separate case management statement. In its CMC Statement, it indicates that it believes Plaintiff has abandoned this action. Defendant further indicates that if Plaintiff has not abandoned the action, it intends to file a motion to dismiss Plaintiff's case. Plaintiff did not file a separate case management statement. Accordingly, the Court **VACATES** the December 5, 2013 case management conference. Defendant shall file any motion to dismiss by December 26, 2013.

**IT IS SO ORDERED.**

Dated: November 29, 2013

_____
Maria-Elena James
United States Magistrate Judge