UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHEL EZIRIM,

        Plaintiff,

   v.

SETERUS, INC, et al.,

        Defendants.

Case No. 13-cv-04031-MEJ

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

The parties have not filed written consents to Judge MARIA-ELENA JAMES's jurisdiction.  The parties also have the right to have their case assigned to a United States District Judge for trial and disposition.  Accordingly, the parties shall inform the court whether they consent to Judge Maria-Elena James's jurisdiction or request reassignment to a United States District Judge.  Each party shall file either a consent or declination form by December 26, 2013.  The forms are available at http://cand.uscourts.gov/civilforms (or attached to this Order for pro se parties).

**IT IS SO ORDERED.**

Dated: December 12, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge