UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHEL EZIRIM,

           Plaintiff,

    v.

SETERUS, INC, et al.,

           Defendants.

Case No.  13-cv-04031-MEJ

**ORDER TO SHOW CAUSE**

On December 12, 2013, Defendant Seterus, Inc. filed a Motion to Dismiss, with a noticed hearing date of March 6, 2013.  Dkt. No. 7.  However, Plaintiff Rachel Ezirim failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Rachel Ezirim to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by January 13, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 23, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: December 30, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California